

**Devon Williams Cushman** • Richmond Office
(804) 771-9548 • dcushman@hf-law.com

## HIRSCHLER FLEISCHER

A PROFESSIONAL CORPORATION

A T T O R N E Y S   A T   L A W

| | |
|---|---|
| The Edgeworth Building | Fredericksburg Office: |
| 2100 East Cary Street | 725 Jackson Street, Suite 200 |
| Richmond, VA 23223-7078 | Fredericksburg, VA 22401-5720 |
| Telephone: 804-771-9500 | Telephone: 540-604-2100 |
| Fax: 804-644-0957 | Fax: 540-604-2101 |
| | www.hf-law.com |
| Mailing Address: | |
| Post Office Box 500 | |
| Richmond, VA 23218-0500 | |

February 10, 2012

Ms. Theresa R. Henderson Brown
8449 Shepherds Watch Drive
Chesterfield, Virginia   23832-7871

> **Re:** **Holly J. Wortham v. Theresa R. Henderson Brown, et al.**
> **Case No. CL09-00034-00**

Dear Ms. Brown:

I represent Wells Fargo Bank, N.A., Not In Its Individual Capacity But Solely As Trustee for the RMAC REMIC Trust, Series 2009-9 in the above litigation.

As you know, you were served with a subpoena on February 7, 2012. Please be advised that you are released from this subpoena and that you do not need to appear for a deposition at 9:00 a.m. on February 16, 2012.

Please let me know if you have any questions.

Sincerely,

Devon Williams Cushman

DWC/
cc:   Wells Fargo Bank, N.A., Not In Its Individual Capacity But Solely As Trustee for the
      RMAC REMIC Trust, Series 2009-9 (by email)
      Constance L. Presher, Esquire, LTIC #335988 (by email)



# HIRSCHLER FLEISCHER

### A PROFESSIONAL CORPORATION

## ATTORNEYS AT LAW

**Devon Williams Cushman** · Richmond Office
(804) 771-9548 · dcushman@hf-law.com

The Edgeworth Building
2100 East Cary Street
Richmond, VA 23223-7078
Telephone: 804-771-9500
Fax: 804-644-0957

Fredericksburg Office:
725 Jackson Street, Suite 200
Fredericksburg, VA 22401-5720
Telephone: 540-604-2100
Fax: 540-604-2101

www.hf-law.com

Mailing Address:
Post Office Box 500
Richmond, VA 23218-0500

July 11, 2012

Ms. Theresa R. Henderson Brown
8449 Shepherds Watch Drive
Chesterfield, Virginia   23832-7871

  **Re: Holly J. Wortham v. Theresa R. Henderson Brown, et al.**
    **Case No. CL09-00034-00**

Dear Ms. Brown:

  I represent Wells Fargo Bank, N.A., Not In Its Individual Capacity But Solely As Trustee for the RMAC REMIC Trust, Series 2009-9 in the above litigation.

  As you know, you were served with a subpoena on June 26, 2012.  Please be advised that you are released from this subpoena and that you do not need to appear for a deposition at 9:00 a.m. on July 17, 2012.

  Please let me know if you have any questions.

       Sincerely,

       Devon Williams Cushman

DWC/nwn
cc: Wells Fargo Bank, N.A., Not In Its Individual Capacity But Solely As Trustee for the
  RMAC REMIC Trust, Series 2009-9 (by email)
  Pamela R. DeCamp, Esquire (by email)
  Constance L. Presher, Esquire, LTIC #335988 (by email)