UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re:    Robert Edwards | Case No. | 3:14-BK-32544-KRH |
| Kimberly Edwards | | |

P.O.. Box 455
Mechanicsville, VA 23111

SSN/TIN:    2468
3842
Debtors.                              Chapter  7

John A. Drazenovich, et al
    Plaintiffs

v.                                    AP No: 3:14-AP-3126-KRH

Robert E. Edwards, et al
    Defendants

**AGREED ORDER GRANTING SUBSTITUTION OF COUNSEL**

This case came on this day to be heard upon Motion of the Defendants, Robert Edwards and Kimberly Edwards, to substitute Jason M. Krumbein for John F. Roberts as counsel for Robert Edwards and Kimberly Edwards, and was agreed by counsel.

**UPON CONSIDERATION** WHEREOF, and it appearing to the Court that the Defendants, Robert Edwards and Kimberly Edwards, desires to have Jason M. Krumbein substituted for John F. Roberts and it appearing that Robert Edwards and Kimberly Edwards have filed a Motion to Substitute Counsel for the Debtor and does not have any objections.

It is accordingly, **ADJUDGED, ORDERED and DECREED** that Jason M. Krumbein are hereby substituted as counsel of record for the Defendants, Robert Edwards and Kimberly Edwards.

It is further **ORDERED** that a copy of this Order shall be forwarded to Jason M. Krumbein; John F. Roberts;  Christopher J. Hoctor, counsel for Plaintiffs.

ENTERED this ____ day of _____, 2014.

Jason M. Krumbein, Esq., 43538
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA  23230
804.303.0204; 804.303.0209 (fax)

Nov 19 2014

/s/ Kevin R. Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: November 21, 2014

WE ASK FOR THIS:

/s/ Robert Edwards_____
/s/ Kimberly Edwards_____
Robert Edwards
Kimberly Edwards
P.O. Box 455
Mechanicsville, VA 23111

/s/ Jason M. Krumbein, Esq._____
Jason M. Krumbein, Esq., 43538
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA  23230


SEEN AND AGREED:

/s/.John F. Roberts, Esq._____
John F. Roberts (VSB#68148)
VSB#30051
7459 Old Hickory Dr.
Mechanicsville, VA 23111
804.746.4000
804.746-4146 (fax)


**CERTIFICATE OF ENDORESEMENT PURSUANT TO LBR 9022-1**

The undersigned hereby certifies that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq._____
Jason M. Krumbein, Esq.  VSB 43538

Jason M. Krumbein, Esq., 43538
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA  23230
804.303.0204; 804.303.0209 (fax)                                                                                   Page 2 of 3

MAILING MATRIX

BY ECF:
Jason M. Krumbein, Esq. Counsel for defendants
John F. Roberts, Esq. former counsel for defendants
Christopher J. Hoctor, Esq. Counsel for Plaintiffs

BY US MAIL

Robert Edwards
Kimberly Edwards
P.O. Box 455
Mechanicsville, VA 23111
Defendants

Stephen C. Lewis, Esq.
Stephen C. Lewis, PLLC
9025 Forest Ave, 1st Floor
Richmond, VA 23235
Proposed counsel for plaintiffs

Jason M. Krumbein, Esq., 43538
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA  23230
804.303.0204; 804.303.0209 (fax)                                                            Page 3 of 3

United States Bankruptcy Court
Eastern District of Virginia

Drazenovich,
    Plaintiff

Adv. Proc. No. 14-03126-KRH

Edwards,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0422-7    User: sewardt    Page 1 of 1    Date Rcvd: Nov 21, 2014
                  Form ID: pdford9    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2014.
aty        +Stephen C. Lewis,   Stephen C. Lewis, PC,   9025 Forest Hill Avenue,   Richmond, VA 23235-3025
              +Robert & Kimberly Edwards,   P.O. Box 455,   Mechanicsville, VA 23111-0455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          Kimberly S. Edwards
dft          Robert E. Edwards
                  TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2014 at the address(es) listed below:
        Jason M. Krumbein    on behalf of Defendant Kimberly S. Edwards jkrumbein@krumbeinlaw.com,
        a30156@yahoo.com;tcarper@krumbeinlaw.com
        Jason M. Krumbein    on behalf of Defendant Robert E. Edwards jkrumbein@krumbeinlaw.com,
        a30156@yahoo.com;tcarper@krumbeinlaw.com
        Jason Meyer Krumbein    on behalf of Defendant Robert E. Edwards jkrumbein@krumbeinlaw.com,
        a30156@yahoo.com;tcarper@krumbeinlaw.com;plutzky@krumbeinlaw.com
        Jason Meyer Krumbein    on behalf of Defendant Kimberly S. Edwards jkrumbein@krumbeinlaw.com,
        a30156@yahoo.com;tcarper@krumbeinlaw.com;plutzky@krumbeinlaw.com
        John F. Roberts    on behalf of Defendant Kimberly S. Edwards jtrexler@lawjfr.com,
        lgood@lawjfr.com
        John F. Roberts    on behalf of Defendant Robert E. Edwards jtrexler@lawjfr.com,  lgood@lawjfr.com
                                  TOTAL: 6